UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF PENNSYLVANIA

LP

Jonathan Lee Riches©,                    CIVIL NO: 07-5355
Plaintiff

V.

202-456-1414,
Defendant

## Complaint

Comes Now the Plaintiff, Jonathan Lee Riches, in pro-se, under 42 USC 1983. Plaintiff seeks 5 billion dollars from Defendant. I been calling 202-456-1414 everyday since my illegal incarceration at FCI Williamsburg since Feb 25th, 2003. This is the Whitehouse. I want a pardon. Defendant will not give me a pardon but will give Lewis Libby one. This is unconstitutional. Defendant gives illegal federal sentences. I been having my 6th amendment rights violated, I call defendants asking why they don't help me, a lot of times I get hung up on, or the line is busy, this is a civil rights violation.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg    843-387-9400
P.O. Box 340
Salters, S.C. 29590

Respectfully
Submitted

Jonathan Lee Riches©